Lucy Roberts, Respondent, v. John J. Meehan and Others, Copartners, Doing Business under the Firm Name and Style of John Meehan & Son, and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Samuel Rosenstein, Appellant, v. Harry J. Kutakoff, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. Upon the plaintiff's testimony, the question of the defendant's negligence and the plaintiff's freedom from contributory negligence was for the jury. ( Knapp v. Barrett, 216 N. Y. 226.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.